IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADAM LOWTHER and JESSICA LOWTHER
on behalf of themselves and as next friends
to their minor children, W.L and A.L.,

      Plaintiffs,

vs.                                                                     Case No. 1:18-cv-00868-KWR-JFR

CHILDREN YOUTH AND FAMILIES DEPARTMENT,
BERNALILLO COUNTY SHERIFF'S DEPARTMENT,
MARIA MORALES, in her personal capacity acting under
color of state law, JACOB WOOTTON, in his personal
capacity acting under color of state law, CATHERINE SMALLS,
in her personal capacity acting under color of state law,
BRIAN THORNTON, in his personal capacity acting under color
of state law, and MARTIN LOZANO, in his personal capacity
acting under color of state law,

      Defendants.

## ORDER PROHIBITING FURTHER FILING
## OF NOTICES OF STIPULATED EXTENSIONS

**THIS MATTER** comes before the Court *sua sponte* with regards to the parties' filing of duplicative and excessive notices of stipulation extending Plaintiffs' deadline (Docs. 250, 252) to respond to *Defendants' Motion for Summary Judgment on the Grounds of Eleventh Amendment Immunity and Qualified Immunity* (Doc. 241).

The Court **FINDING** that such a practice will only further delay timely completion of briefing and ruling on the Motion by the Court, **HEREBY ORDERS** that the parties **SHALL BE PROHIBITED** from filing further notices of stipulated extensions with regards to *Defendants' Motion for Summary Judgment on the Grounds of Eleventh Amendment Immunity and Qualified Immunity* (Doc. 241).

**IT IS FURTHER ORDERED** that Plaintiffs' response to the Defendants' motion shall be due no later than **July 16, 2021 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that Defendants' reply to Plaintiffs' response, if any, shall be due no later than **July 30, 2021 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that upon completion of briefing of the motion, Defendants shall file the appropriate Notice of Completion of Briefing advising the Court that the motion is ready for ruling.

**IT IS FURTHER ORDERED** that any additional extensions of time **SHALL ONLY BE GRANTED** by approval of the Court.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**