IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM LOWTHER and JESSICA
LOWTHER on behalf of themselves
and as next friends to their minor children,
W.L. and A.L.,

    Plaintiffs,

v.  No. 1:18-cv-00868-KWR-JFR

CHILDREN YOUTH AND FAMILIES
DEPARTMENT, BERNALILLO COUNTY
SHERIFF'S DEPARTMENT,
MARIA MORALES, in her personal capacity
acting under color of state law, ANDREA
MILES, in her personal capacity acting under
color of state law, JACOB WOOTTON, in his
personal capacity acting under color of state law,
CATHERINE SMALLS, in her personal capacity
acting under color of state law, BRIAN
THORNTON, in his personal capacity acting
under color of state law, and MARTIN LOZANO,
in his personal capacity acting under color of state
law,

    Defendants.

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANT CYFD FROM COUNTS IV, VI AND VIII

**THIS MATTER** having come before the Court on Plaintiffs' Unopposed Motion to Dismiss Defendant CYFD from Counts IV, VI and VIII and the Court finding that the motion is **WELL-TAKEN** and should be **GRANTED**,

**HEREBY ORDERS THAT** Defendant CYFD shall be **DISMISSED** from Counts IV, VI and VII, **WITH PREJUDICE.**

**IT IS SO ORDERED**.


_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**/s/ Vincent J. Ward**

Vincent J. Ward
H. Jesse Jacobus, III
**FREEDMAN BOYD HOLLANDER**
**GOLDBERG URIAS & WARD P.A.**
20 First Plaza NW, Suite 700
Albuquerque, NM 87102
Phone: (505) 842-9960
Fax: (505) 842-0761
vjw@fbdlaw.com
hjj@fbdlaw.com

*and*

Rachel E. Higgins
Attorney at Law
111 Tulane Drive SE
Albuquerque, NM 87106
Phone: (505) 247-9339
rachel@rachelhigginslaw.com

*Attorneys for Plaintiffs*

Approved by:

BUTT THORNTON & BAEHR PC
***/s/ Sarah L. Shore, Electronically Approved July 16th, 2021***
Sarah L. Shore
Jane A. Laflin
Valentina E. Basile
PO Box 3170
Albuquerque, NM 87190-3170
Telephone: (505) 884-0777
Facsimile: (505) 889-8870
jalaflin@btblaw.com
sshore@btblaw.com
vebasile@btblaw.com

*Attorneys for Defendants Children Youth and Families Department, Maria Morales, and Andrea Miles*